1 Will Lemkul; NV Bar No. 6715
Christopher A. Turtzo; NV Bar No. 10253
2 Christian Barton; NV Bar No. 14824
**MORRIS, SULLIVAN & LEMKUL, LLP**
3 3960 Howard Hughes Parkway, Suite 400
4 Las Vegas, NV 89169
Phone (702) 405-8100
5 Fax (702) 405-8101
lemkul@morrissullivanlaw.com
6 turtzo@morrissullivanlaw.com
7 barton@morrissullivanlaw.com

8 Roopal Luhana (*pro hoc vice* forthcoming)
**CHAFFIN LIHANA LLP**
9 600 Third Ave.
12th Floor
10 New York, NY 10016
Phone (888) 480-1123
11 Fax (888) 499-1123
12 luhana@chaffinluhana.com

13 *Attorneys for Plaintiffs*

14
**UNITED STATES DISTRICT COURT**
15 **DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| 16 K.M., a minor child by and through his legal guardian, ROBIN MAGLINTI, | Case No.:2:23-cv-02121-CDS-MDC |
| 17 | |
| 18 Plaintiffs | **Order Granting Motion for Extension of Time to File Pro Hac Vice Application** |
| 19 v. | [ECF No. 8] |
| 20 BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; and WALMART, INC. | |
| 21 | |
| 22 Defendants | |
| 23 | |

24    Plaintiff K.M., on behalf of himself and all others and by and through his counsel of

25 record, hereby request a thirty (30) day extension of the time for Plaintiff's Counsel to file their

26 pro hac vice applications with the Court.

27    This request is submitted in compliance with LR IA 6-1. This is Plaintiff's first request

28 for an extension of time.  Plaintiff filed his Complaint on December 22, 2023. (ECF No. 1)  The

1. deadline for Counsel to submit their completed pro hac vice applications is January 12, 2024.
2. (ECF No. 3.)  Plaintiff's Counsel are requesting this extension due to a delay in receiving
3. Certificates of Good Standing from each of the courts in which the attorney is admitted, which
4. have been requested. Therefore, good cause exists for the requested extension. The requested
5. extension furthers the interest of this litigation and is not being requested in bad faith or to delay
6. these proceedings unnecessarily.

    Accordingly, Plaintiff requests an extension of up to and including February 11, 2024.

DATED: January 12, 2024

MORRIS, SULLIVAN & LEMKUL, LLP

By: /s/ *Will Lemkul*
 Will Lemkul, Esq., NV Bar #6715
Christopher Turtzo, Esq., NV Bar #10253
Christian Barton; NV Bar #14824
3960 Howard Hughes Pkwy., Suite 400
Las Vegas, NV  89169
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED,** nunc pro tunc.

_____
United States District Judge

DATED:  January 19, 2024