1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone:  702.214.2100

*Attorneys for Defendant Gerber Products Company*

[Counsel for Plaintiff and Additional Defendants Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| K.M., a minor child by and through his legal guardian, ROBIN MAGLINTI,<br><br>Plaintiffs,<br><br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; and WALMART INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-02121-CDS-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Gerber Products Company ("Gerber"), Beech-Nut Nutrition Company, Inc. ("Beech-Nut"), and Walmart Inc. ("Walmart") (collectively "Defendants"), and Plaintiff K.M., by and through his legal guardian, Robin Maglinti ("Plaintiff"), by and through their undersigned counsel of record, stipulate and agree as follows:

1. Plaintiff initiated this action by filing the Complaint on December 22, 2023. [ECF No. 1].

2. Plaintiff served Gerber on March 15, 2024, and the current deadline for Gerber to move, plead, or otherwise respond to the Complaint is April 5, 2024.

3. Plaintiff served Beech-Nut on March 13, 2024, and the current deadline for Beech-Nut to move, plead, or otherwise respond to the Complaint is April 3, 2024.

4. Plaintiff served Walmart on March 19, 2024, and the current deadline for Walmart to move, plead, or otherwise respond to the Complaint is April 9, 2024.

1

5. The parties agree that the deadline for all Defendants to move, plead, or otherwise respond to the Complaint shall be extended up to and including June 4, 2024.

6. There is good cause for the requested extension and the extended time will allow Defendants to investigate the allegations in the Complaint and adequately prepare a response.

7. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: April 1, 2024

PISANELLI BICE PLLC

By:   /s/ M. Magali Mercera
    James J. Pisanelli, Esq., Bar No. 4027
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

*Attorneys for Gerber Products Company*

Dated: April 1, 2024

WILEY PETERSEN

By:   /s/ Jason M. Wiley
    Jason M. Wiley, Esq., Bar No. 9274
    10000 W. Charleston Blvd., Suite 230
    Las Vegas, Nevada 89135

*Attorneys for Beech-Nut Nutrition Company, Inc. and Walmart Inc*

Dated: April 1, 2024

MORRIS, SULLIVAN & LEMKUL, LLP

By:   /s/ Will Lemkul
    Will Lemkul, Esq., NV Bar #6715
    Christopher Turtzo, Esq., NV Bar #10253
    Christian Barton, Esq., NV Bar #5579
    3960 Howard Hughes Parkway
    Suite 400
    Las Vegas, Nevada 89169

and

    Roopal Luhana (admitted *pro hac vice*)
    CHAFFIN LUHANA LLP
    600 Third Ave.
    12th Floor
    New York, NY 10016

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:   4/4/24

CASE NO.: 2:23-cv-02121-CDS-MDC